**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

LANA FOSTER,                                    :
                                                :
        Plaintiff,                              :
                                                :
v.                                              :        CASE NO.: 7:20-cv-87 (WLS)
                                                :
ECHOLS COUNTY SCHOOL                            :
DISTRICT, *et al.*,                             :
                                                :
        Defendants.                             :
                                                :

## ORDER

Plaintiff brought this action against Defendants on May 12, 2020. (Doc. 1.) To date, no summons has been issued for any Defendant and no Defendant has made an appearance or responded to Plaintiff's Complaint.

Under Federal Rule of Civil Procedure 4(m), if a defendant is not served within 90 days after a complaint is filed, the Court, after notice to the plaintiff, must dismiss the action without prejudice against that defendant or order that service be made within a specified time. It is unclear whether any of the Defendants in this case have been served and, if not, why. Accordingly, Plaintiff is **ORDERED** to show proof of service of process complying with the Federal Rules of Civil Procedure **within SEVEN (7) days of this order or by no later than Tuesday, August 18, 2020** or otherwise show cause why this case should not be dismissed for failure to timely serve Defendants. Plaintiff is **NOTICED** that, upon failure to timely comply with this Order, the Complaint (Doc. 1) may be dismissed without further notice or proceedings.

**SO ORDERED**, this __11th__ day of August 2020.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1