**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| LANA FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ECHOLS COUNTY SCHOOL | ) | Civil Action File No. |
| DISTRICT, *et al.* | ) | 7:20-cv-87 (WLS) |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

### STIPULATION FOR EXTENSION OF TIME

---

Plaintiff filed her Complaint in the above-styled case on May 20, 2020.  Pursuant to L.R. 6.1, parties may stipulate to an extension of time not to exceed thirty (30) days from the original answer deadline within which to answer the complaint by affirmative defenses or other defensive pleadings.  Defendants waived service on August 10, 2020.  Presently, the deadline for filing Defendants' responsive pleadings is October 9, 2020.  The Parties have stipulated and agreed that Defendants shall have an extension of thirty (30) days, through and including November 9, 2020, to file defensive pleadings in this action.

Respectfully submitted this 5th day of October, 2020.

*/s/ S. Wesley Woolf*
S. Wesley Woolf
Georgia Bar No. 776175

ATTORNEY FOR PLAINTIFF
WOOLF LAW FIRM

1

408 East Bay Street
Savannah, Georgia 31401
T:  (912) 201-3696
F:  (912) 236-1884
Email: woolf@woolflawfirm.net

HARBEN, HARTLEY & HAWKINS, LLP

*/s/ Brian C. Smith*
Brian C. Smith
Georgia Bar No. 001306

ATTORNEY FOR DEFENDANTS

340 Jesse Jewell Parkway; Suite 750
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
Email: bsmith@hhhlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2020, I electronically filed the *Stipulation for Extension of Time* with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney(s) of record:

S. Wesley Woolf – woolf@woolflawfirm.net

HARBEN, HARTLEY & HAWKINS, LLP

*/s/ Brian C. Smith*
Brian C. Smith
Georgia Bar No. 001306

ATTORNEY FOR DEFENDANTS

2

340 Jesse Jewell Parkway; Suite 750
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
Email: bsmith@hhhlawyers.com