## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| LANA FOSTER, | * |
| | * |
| **Plaintiff,** | * |
| | * |
| | * CIVIL ACTION NO.: 7:20-cv-0087-WLS |
| v. | * |
| | * |
| | * |
| ECHOLS COUNTY SCHOOL DISTRICT, | * |
| LANCE HEARD, ROCKY CROSBY, | * |
| FLORENCE STATEN, BO CORBETT, | * |
| MITCHELL CHURCH, PATRICIA GRAY, | * |
| and CHAD PAFFORD, | * |
| | * |
| **Defendants.** | * |
| | * |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, by and through her counsel of record, hereby dismisses this action with prejudice.

RESPECTFULLY SUBMITTED, this 7th day of December, 2020.

| | |
|---|---|
| /s/ S. Wesley Woolf | /s/ Brian C. Smith |
| S. WESLEY WOOLF | Brian C. Smith |
| Georgia Bar No. 776175 | Georgia Bar No. 001306 |
| WOOLF LAW FIRM | HARBEN, HARTLEY & HAWKINS, LLP |
| | |
| 408 East Bay Street | 340 Jesse Jewell Parkway, Ste 750 |
| Savannah, Georgia 31401 | Gainesville, Georgia 30501 |
| T: (912) 201-3696 | T: (770) 534-7341 |
| F: (912) 236-1884 | F: (770) 532-0399 |
| woolf@woolflawfirm.net | bsmith@hhhlawyers.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | |
|---|---|
| **LANA FOSTER,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| | * **CIVIL ACTION NO.: 7:20-cv-0087-WLS** |
| **v.** | * |
| | * |
| | * |
| **ECHOLS COUNTY SCHOOL DISTRICT,** | * |
| **LANCE HEARD, ROCKY CROSBY,** | * |
| **FLORENCE STATEN, BO CORBETT,** | * |
| **MITCHELL CHURCH, PATRICIA GRAY,** | * |
| **and CHAD PAFFORD,** | * |
| | * |
| **Defendants.** | * |
| | * |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This 7th day of December 2020.

*/s/ S. Wesley Woolf*
S. WESLEY WOOLF
Georgia Bar No. 776175
*Attorney for Plaintiff*