IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

LANA FOSTER,                                                    *

             Plaintiff,                          *

v.                                                                    Case No.   7:20-cv-87(WLS)
                                      *

ECHOLS COUNTY SCHOOL DISTRICT, et al,
                                      *

             Defendants.
_____      *

## J U D G M E N T

Pursuant to this Court's Order dated December 8, 2020, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 9th day of December, 2020.

David W. Bunt, Clerk


s/ Robin L. Walsh, Deputy Clerk